**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Ex parte Donte Jayson Walker

Appellate case number:          01-21-00663-CR, 01-21-00664-CR, 01-21-00665-CR

Trial court case number:          1740567, 1740469, 1740470

Trial court:          230th District Court of Harris County

      Appellee, The State of Texas, has filed a motion to dismiss for lack of jurisdiction in each of the above-listed appellate cause numbers. The motion will be **carried with the cases** and considered when the appeals are set for submission on the Court's docket. Appellee's brief remains due on **February 28, 2022**.

      It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
          ☑ Acting individually    ☐ Acting for the Court

Date: ___February 24, 2022___